IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY RADLEY, | |
| Plaintiff, | 4:23CV3127 |
| v. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | JUDGMENT |
| Defendant. | |

Pursuant to the Memorandum and Order entered today (Filing No. 31), judgment is entered in favor of plaintiff Jeremy Radley and against the Commissioner of Social Security, in the amount of $7,026.40 in attorney fees and expenses.

Dated this 2nd day of July 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge